UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE UNITED STATES OF AMERICA AND THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS IN IN THE MATTER OF OPERATION LIME | No. _____ |

### EX PARTE APPLICATION TO APPOINT A COMMISSIONER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE AND TITLE 18, UNITED STATES CODE, SECTION 3512

The United States petitions this Court for an order, pursuant to the *Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters*, U.S.-U.K., Jan. 6, 1994, S. Treaty Doc. No. 104-2 (1996), the *Instrument as contemplated by Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters signed 6 January 1994*, U.S.-U.K., Dec. 16, 2004, S. Treaty Doc. No. 109-13 (2010), and 18 U.S.C. § 3512, and its own inherent authority, appointing Marybeth Grunstra (or a substitute or successor designated by the United States Department of Justice, Criminal Division, Asset Forfeiture and Money Laundering Section) as commissioner, to collect evidence from witnesses and to take such other action as is necessary to execute the instant treaty request and any

subsequent, supplemental requests made by the United Kingdom in connection with the above-captioned matter, pursuant to the Treaty and Instrument.

Respectfully submitted,

JAIKUMAR RAMASWAMY, CHIEF
ASSET FORFEITURE AND MONEY
   LAUNDERING SECTION

By: *Marybeth Grunstra*
MARY K. BUTLER
Deputy Chief
A.J. DE KLUIVER
Assistant Deputy Chief
MARYBETH GRUNSTRA
Trial Attorney
U.S. Department of Justice
Criminal Division
Asset Forfeiture and Money
   Laundering Section
1400 New York Avenue NW, 10100
Washington, DC  20530
Telephone:  (202) 514-1263
Fax:  (202) 616-2547

Attorneys for Applicant
UNITED STATES OF AMERICA