UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE REQUEST FROM THE UNITED KINGDOM PURSUANT TO THE TREATY BETWEEN THE UNITED STATES OF AMERICA AND THE UNITED KINGDOM OF GREAT BRITAIN AND NORTHERN IRELAND ON MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS IN IN THE MATTER OF OPERATION LIME | No. _____ |

## ORDER

Upon application of the United States, in execution of the request from the United Kingdom dated January 10, 2014, seeking evidence under the *Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters*, U.S.-U.K., Jan. 6, 1994, S. Treaty Doc. No. 104-2 (1996) [hereinafter the Treaty] and the *Instrument as contemplated by Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed 25 June 2003, as to the application of the Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland on Mutual Legal Assistance in Criminal Matters signed 6 January 1994*, U.S.-U.K., Dec. 16, 2004, S. Treaty Doc. No. 109-13 (2010), for use in asset confiscation proceedings related to the criminal prosecution of Peter Anthony Carroll in the United Kingdom, and the Court, having fully considered this matter:

HEREBY ORDERS, pursuant to the authority conferred by the Treaty and 18 U.S.C.

§ 3512, as well as this Court's inherent authority, that **Marybeth Grunstra** (or a substitute or successor designated by the United States Department of Justice, Criminal Division, Asset Forfeiture and Money Laundering Section) is appointed as commissioner of this Court and is hereby directed to execute the Treaty request and any subsequent, supplemental requests made by the United Kingdom in connection with the above-captioned matter and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

    1.    may issue commissioner's subpoenas to be served at any place within the United States on persons, natural or legal, ordering them or their representatives to appear and to testify and produce evidence located within the United States;

    2.    shall provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given (and no notice to any other party shall be required);

    3.    shall adopt procedures to collect the evidence requested consistent with its use in the legal proceeding in the United Kingdom for which the Crown Prosecutor has requested assistance, which procedures may be specified in the Treaty request or subsequent requests in this matter or provided by or with the approval of the United States Department of Justice, Criminal Division, Office of International Affairs, under the Treaty;

    4.    may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of U.S. law enforcement agencies and/or representatives of the Government of the United Kingdom, who, as authorized or directed by the commissioner, may direct questions to any witness;

     5.     may seek such further orders of this Court as may be necessary to execute this request or subsequent requests in this matter, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

     6.     shall transmit the evidence collected to the Office of International Affairs, or as otherwise directed by that Office, for transmission to the United Kingdom; and

     7.     may provide copies of the evidence collected to persons identified in the request or subsequent requests in this matter as parties to whom such copies should be given and to U.S. law enforcement and attorneys for the United States, as well as contract and support personnel working with them.

     IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

     IT IS FURTHER ORDERED that this Order shall remain in effect until modified by this Court, or, until the Treaty request and any supplemental requests seeking evidence in the above-captioned matter have been fully executed.

Date:

                                            _____
                                            UNITED STATES DISTRICT COURT JUDGE